**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ADOLPH BROWN, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-2896 |
| | § | |
| CHEVRON PHILLIPS CHEMICAL CO., LP, | § | |
| | § | |
| Defendant. | § | |

**FINAL JUDGMENT**

For the reasons stated in the court's Memorandum and Opinion of September 30, 2013, this action is dismissed with prejudice.

This is a final judgment.

SIGNED on September 30, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge